UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 13-1506 DSF (MANx) | Date | 3/8/13 |
| Title | Deutsche Bank National Trust, etc. v. Artem Samsonyan | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on March 1, 2013, based on diversity jurisdiction. The case is an unlawful detainer action that explicitly states that the amount demanded does not exceed $10,000. The notice of removal mentions 28 U.S.C. § 1343 – civil rights removal – but fails to state any facts that would suggest removal under that statute is appropriate.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.